IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

_CARLOS CAREY_
Full name and prison number
of plaintiff(s)

2014 JUL 16 P 12: 31

DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.

_WARDEN billips_

_Captain logan_

_____

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. _2:14-cv-681-MHT_
(To be supplied by Clerk of
U.S. District Court)

I.   PREVIOUS LAWSUITS

A.   Have you begun other lawsuits in state or federal court
dealing with the same or similar facts involved in this
action?   YES ( ✓ )   NO (  )

B.   Have you begun other lawsuits in state or federal court
relating to your imprisonment?   YES ( ✓ )   NO (  )

C.   If your answer to A or B is yes, describe each lawsuit
in the space below.  (If there is more than one lawsuit,
describe the additional lawsuits on another piece of
paper, using the same outline.)

1.   Parties to this previous lawsuit:

Plaintiff(s)   _CARLOS CAREY_

Defendant(s)   _WARDEN Jones   et al._

2.   Court (if federal court, name the district; if
state court, name the county)   _middle_

3. Docket number   2:13-CV-884-TMH

4. Name of judge to whom case was assigned      honorable wallace capel JR

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)      Pending.

6. Approximate date of filing lawsuit   Nov, 2013

7. Approximate date of disposition     

II. PLACE OF PRESENT CONFINEMENT   Kilby correctional

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED   kilby

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | WARDen billips | kilby correctional |
| 2. | Captain logan | kilby correctional |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED   JUNE - JULY

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I am being Subjected To inhumane living Conditions and is being deprived of basic human needs as Punisment. Segregation at Kilby is UNSanitary and Primative. Large cock Roaches and large Rats and mice Roams freely in the unit Coming in my cell Through The large metal bars getting in The Bed with me when I am sleeping Spiders and insects of all Types Cominicing Through The holes in The wall as if I am sleeping Outside on The ground. I am Constantly being

*RATs

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Bitten by Spiders and have been bitten by a Rat. Cells are unsanitary I am not given any broom, mop or any cleaning supply disinfectent etc to clean the cell on a Daily Basis no one in the unit is given supply to keep cells clean on Daily Basis. and no one clean them. For inmates in Seg. Old Blood, piss and excretment is all over the cell walls and floors. No Bleach is ever used, Racks and Bars of the cell is often Rusted out No Detergent is used on the Laundry in Segregation Clothing comes back from Laundry soiled and Brown outside Hall of Seg has Smashed Dead Cock

GROUND TWO: Roaches and mice every where and This area is never cleaned or mopped and Cock Roaches is always in the Segregation Food Cart I have found Roaches in my food many of times and I am always

SUPPORTING FACTS: Sick. Supervisors do not make rounds at Times Days go pass with out access to a supervisor to address issues, complaints about conditions of Seg and for health and security issues. also as it pertains to access to legal services in Seg I am given old Torn up Law book. No access to current Law codes. etc and no access to notary service on a consistant basis I also go for hours at a time with out ice. even Through it is Hot as Hell (literally) in Segregation There is A.C. in the Seg Shift office for the officers. The Warden and Captain Tells me that I should not have come to prison if I want ice or Air and That the Rats, Roaches

GROUND THREE: and unsanitary living conditions is all part of punishment The Warden even at times have the fans in segregation cut off when it is Blazing hot to punish inmates in Seg. (Me)

SUPPORTING FACTS: For complaing about Seg conditions also due to overcrowding I have been kept in Seg Unit with enemies Right next door where They can Throw things in the cell, Through the bars, throwing feces on me if I walk by there cell and the fact is in order to go. any where medical, shower etc I must pass by the cells, urine and excretment is thrown on a Daily Basis in Seg. Through the bars I am constantly told by administration That This is a part of punishment This is a part of prison. I have Sent complaints to Kim Thomas (commissioner) and the attorney general. L. Strange, and my Relatives have called and complained. and nothing has been done. The problem has not been Addressed. I am also constantly dehydrated due to the heat and lack of air. ice and suitable Drinking WATER.

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

For the Court to Compell WARDEN to Remodel Segregation
Unit at Kilby in accord with modern Standards
and human Decency and humane treatment. To Replace
Primitive bars with doors For Saftey of inmates
and officers. To include a Cooling System For
Segregation and To Prevent A.D.O.C. employees from
Depriving inmates of Air and cool environment as
Punish Punissment and For WARDEN billips to Provide
Adequate access To LAW including Recent UP TO
Date Books or Print outs. To Segregation.

Plaintiff is seeking
1 mil in damages.

_____Carlos Cain_____
Signature of plaintiff(s)

      I declare under penalty of perjury that the foregoing is true
and correct.

      EXECUTED on ____7/11/14____.
                        (Date)

_____Carlos Cain_____
Signature of plaintiff(s)

and also Requesting

* For Segregation to have
Consistent access To notary
and to annouce To seg when
services is avaliable

* To be Provided with disinfectant
bleach and mop, broom. etc.
on a Daily basis For Sanitary
Purposes For Segregation

* For WARDEN to Put Forth a Professional
and Consistant effort To Rid Segregation
of Rats, Roaches and To improve over all
conditions of segregation.

CARlos CAREY. 245045- E8-1-A
kilby CORRectional facility
P.O. BOX 150
mt. meigs. AL. 36057



UNITED STATES POSTAGE
PITNEY BOWES
02 1R     $ 00.90⁰
0002001237     JUL 15 2014
MAILED FROM ZIP CODE 36117

Legal
mail

TO: OFFICE OF The ClERK
U.S DISTRICT COURT
ONE ChURCh Street. Suite. B-110
montgomery, aL. 36104-4018