# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CARLOS CAREY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv681-MHT |
| | ) | (WO) |
| PHYLLIS BILLUPS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of plaintiff's motion to dismiss (doc. no. 32), it is ORDERED that the motion is denied as moot. The court has already dismissed this action pursuant to the parties' joint stipulation of dismissal.

DONE, this the 5th day of July, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**